## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 20-03372 | | | Trustee Name: | Laura J. Genovich |
|---|---|---|---|---|---|
| Case Name: | COLBY, RICHIE R | | | Date Filed (f) or Converted (c): | 11/03/2020 (f) |
| For the Period Ending: | 12/31/2021 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 11/04/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7909 Knights Griffen Road, Plant City, FL 33565 | $130,000.00 | $746.00 | | $0.00 | $130,000.00 |
| Asset Notes: | Jointly owned; need recorded mortgage; property is insured with American Traditions (exp. 09/21) | | | | | |
| 2 | 4207 Aurelius, Lansing, MI 48911 | $35,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Residence; rec'd docs | | | | | |
| 3 | 4017 Aurelius, Lansing, MI 48911 | $33,000.00 | $33,000.00 | OA | $0.00 | FA |
| Asset Notes: | Land contract; Abandoned | | | | | |
| 4 | 4105 Aurelius, Lansing, MI 48911 | $65,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | FORECLOSED | | | | | |
| 5 | 2011 Lincoln MKX | $10,000.00 | $0.00 | | $0.00 | FA |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 2005 Chevrolet Express | $500.00 | $0.00 | | $0.00 | FA |
| 7 | 2001 Chevy van | $300.00 | $0.00 | | $0.00 | FA |
| 8 | 1999 Dodge Pickup | $300.00 | $0.00 | | $0.00 | FA |
| 9 | 2000 Chevrolet van | $500.00 | $0.00 | | $0.00 | FA |
| 10 | 2011 Jeep | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 | sofa, loveseat, recliner, dining table, 4 chairs, 2 beds, 2 dressers | $800.00 | $0.00 | | $0.00 | FA |
| 12 | stove, refrigerator, microwave, washer, dryer, 3 televisions, cell phone | $1,500.00 | $0.00 | | $0.00 | FA |
| 13 | personal clothing | $300.00 | $0.00 | | $0.00 | FA |
| 14 | tools & parts | $3,000.00 | $0.00 | | $0.00 | FA |
| 15 | Cash | $85.00 | $0.00 | | $0.00 | FA |
| 16 | Checking account at LAFCU | $1,000.00 | $0.00 | | $0.00 | FA |
| 17 | Accounts receivable | $4,000.00 | $0.00 | | $0.00 | FA |
| 18 | 100% ownership interest in A-OK Heating Corp. | $3,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Added by Amendment dated 07/08/21 (DN 46) | | | | | |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Asset**

| | | |
|---|---|---|
| $290,285.00 | $33,746.00 | $0.00  $130,000.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-03372 | Trustee Name: | Laura J. Genovich |
|---|---|---|---|
| Case Name: | COLBY, RICHIE R | Date Filed (f) or Converted (c): | 11/03/2020 (f) |
| For the Period Ending: | 12/31/2021 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 11/04/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 11/12/2021 | 11/12/21: Meet with Trustee - P. Scott to pursue unrecorded mortgage. JY |
| 10/15/2021 | 10/15/21: Send follow up demand to Rushmore. JY |
| 08/06/2021 | 08/06/21: Prepare correspondence to Rushmore Loan Management regarding unrecorded mortgage. JY |
| 08/05/2021 | 08/05/21: W/D Motion for Doc Production. JY |
| 08/03/2021 | 08/03/21: Employ FSCS. JY |
| 08/03/2021 | 08/03/21: File Form 1 and NPD. JY |
| 08/03/2021 | 08/03/21: No mortgage on FL real estate; Debtor wants to settle. |
| 08/03/2021 | 08/03/21: FL real estate insured with American Traditions thru 09/21. Requested/received updated declaration: policy (MUM158755) has been renewed from 09/09/21 through 09/09/2022. JY |
| 07/23/2021 | 07/20/21: Hearing on document production adjourned to August 18 - waiting on recorded mortgage for FL prop. JY |
| 07/09/2021 | 07/09/21: T/C to Lynn Osborne (517-708-2992). JY |
| 07/08/2021 | 07/08/21: Debtor filed amended Schedules A/B and C to add 100% ownership interest in A-OK Heating Corp (DN 46) in the amount of $3,000. JY |
| 04/30/2021 | 04/30/21: Prepare draft of motion for document production. JY |
| 03/09/2021 | 03/09/21: Abandonment order entered for real estate (4017 Aurelius). JY |

| Initial Projected Date Of Final Report (TFR): | 11/03/2022 | Current Projected Date Of Final Report (TFR): | 11/02/2022 | /s/ LAURA J. GENOVICH |
|---|---|---|---|---|
| | | | | LAURA J. GENOVICH |